# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# DANVILLE DIVISION

## CRIMINAL MINUTES - GUILTY PLEA HEARING

Case No.: 4:12CR00001-004                     Date: 8/21/2012

**Defendant:** Quentin Dwayne McNebb (Custody)    **Counsel:** James C. Turk, Jr. (appointed)
                                                             Stuart J. Pearson (appointed)

PRESENT:  JUDGE:           Hon. Jackson L. Kiser   TIME IN COURT: 10:30-11:00 (0:30)
          Deputy Clerk:    Martha L. Hupp
          Court Reporter:  Carol Jacobs
          U. S. Attorney:  Donald R. Wolthuis
          USPO:            Kristy Burton
          Case Agent:      M. Cilento, ATFE
          Interpreter:     N/A

**PROCEEDINGS:**

- ☐ Waiver of Indictment filed.
- ☐ Information filed.
- ☒ Plea Agreement filed with court.
- ☐ Defendant advised of right to have U. S. District Judge accept plea. Defendant waives this right, and executes Consent to Allow U. S. Magistrate Judge to accept plea
- ☒ Defendant re-arraigned as to Counts 1s, 3s.
- ☒ Defendant placed under oath. Court questions defendant regarding his/her physical and mental condition, and advises defendant of his/her rights, and the nature and possible consequences of plea.
- ☒ Court accepts plea of guilty.
- ☒ Guilty plea form executed and filed.
- ☒ Government summarizes evidence to support plea and rests.
- ☒ Court finds defendant guilty as charged in Counts 1s, 3s.
  OR
- ☐ U. S. Magistrate Judge accepts plea of guilty to Counts enter counts to which defendant pled guilty and will recommend that the U. S. District Judge find the defendant guilty of said counts.

**DEFENDANT PLEADS:**
**(list counts)**

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 | Counts 1s, 3s | | | Count 2s to be dismissed at sentencing. |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

- ☒ Court orders Presentence Report.
- ☐ Copy of Presentence Report not requested.
- ☐ Defendant to remain on bond under same conditions previously set.
- ☒ Defendant remanded to custody.
- ☒ Sentencing hearing scheduled for 1/14/2013 at 10:00 a.m. in Danville before Hon. Jackson L. Kiser.

Additional Information: