CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JAN 19 2016

JULIA C. DUDLEY, CLERK
BY: HMcDonald
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT of VIRGINIA

| | |
|---|---|
| **UNITED STATES of AMERICA** | ( |
| | ( Case No. 4:12-CR-00001-JLK-RSB |
| v. | ( MOTION FOR 3582(c)(2) RELIEF |
| | ( |
| Quentin Dwayne McNebb | ( Honorable Judge |
| Defendant | ( Jackson Kiser |

Pro Se Motion for Modification of Sentence
Pursuant To 18 U.S.C. § 3582(c)(2)

( Retroactive Guideline Amendment 782 )


I hereby respectfully request a modification or reduction of my sentence pursuant to **18 U.S.C § 3582(c)(2)** and the new guideline amendment **782** to the United states Sentencing Guide, which make a reduction in the base offense level for most drug offenses retroactive as of November 1, 2014.

On April 30, 2014, the United States Sentencing Commission submitted to congress an amendment to the sentencing guidelines that reduces the guidelines applicable to the drug-trafficking offenses. The amendment reduces by two levels assigned in the drug quantity table ( **U.S.S.G. § 2D1.1**), resulting in lower

guideline ranges for the most drug trafficking offenses. The amendment took effect on November 1, 2014.

On July 18, 2014, the sentencing commission voted to apply the amendment retroactively. The commission did so by voting to add the amendment to the list of amendments in **U.S.S.G. § 1B1.10 ( Reduction in term of Imprisonment as a result of amendment Guideline range ( Policy Statement )** that may be applied retroactively.

Accordingly, Mr. McNebb now respectfully moves for a reduction of his sentence under the **2014 Drug Amendment Pursuant to 18 U.S.C § 3582(c)(2)** and ask that this court issue an amendment judgment in a appropriate sentencing.

In support of my motion, I state the following :

1. I am currently serving a federal term of imprisonment.
2. My sentence was based at least in part on drugs.
3. I was sentence in the Western District of Virginia by Judge Jackson Kiser on Feb 19, 2013, to the term of 240 months in prison.
4. My projected release date is 8-24-2029.
5. I hereby request this court to grant a two level reduction in my sentence pursuant to the **New 782 Amendment** or whatever this

court suggest is just and proper.

Signature of petitioner Quentin Mitchell  Date: 1-19-2016

\# 15231-074

Current Address: Federal Correctional Institution - Gilmer
P.O. Box 6000
Glenville, WV 26351

## CERTIFICATE OF SERVICE

I hereby certify that a true a correct copy of the forgoing was sent via postage prepaid United States Mail to the office of the Attorney for the Western District of Virginia this 19th day of January 2016.

Signature: Quentin T Mitchell